362 F.2d 264
 Leonard S. LEVENTHAL, Trustee in Bankruptcy of the Estate of
Robert Spillman, Bankrupt, Plaintiff-Appellee,
v.
Robert SPILLMAN, Selma Spillman and Safe-Tee Banisters,
Ltd., Defendants-Appellants.
 No. 461, Docket 30519.
 United States Court of Appeals Second Circuit.
 Argued June 14, 1966.
Decided June 20, 1966.
 
 Solomon B. Terkeltoub, New York City, fir appellee.
 Eli Wager, Mineola, N.Y. (Wager & Shane, Mineola, N.Y., on the brief), for appellants.
 Before HAYS, ANDERSON and FEINBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the opinion of Judge Dooling in the trial court reported at 234 F.Supp. 207 (1964).